# SOBO & SOBO
## PERSONAL INJURY ATTORNEYS

Mailing Address:
One Dolson Avenue
Middletown, NY 10940
Voice: (855) 468-7626
Fax: (845) 343-0929

N.Y. Offices:
Bronx
Manhattan
Middletown
Monticello
Newburgh
Poughkeepsie
New City

> There will be a discovery conference on August 23, 2023 at 3:15 pm at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601, in Courtroom 621. Defendant shall respond to Plaintiff's letter, *see* ECF No. 9, by letter of no more than 2 pages, no later than 8/21/23.
>
> Additionally, the parties are to note that Magistrate Judge Reznik is the Magistrate Judge designed for assignment to this case should I refer it. But I have not referred it, and until such time as I do, all correspondence should be directed to me.
>
> SO ORDERED.
> *Cathy Seibel* 8/16/23
> CATHY SEIBEL, U.S.D.J.

August 16, 2023

Honorable Victoria Reznick
United States District Court
300 Quarropas Street
White Plains, NY 10601

*Via ECF*

Re: Karen Baudendistel v. Shoprite
Index number: 7:23-CV-3434 (CS)

Dear Honorable Reznick,

    As Your Honor is aware, our office represents Plaintiff Karen Baudendistel in reference to the above matter. At this time, our office is requesting an immediate conference to be held on Friday, August 18, 2023 (or any other time that is convenient for the Court), due to opposing counsel's failure to respond to the Plaintiff's First Set of Interrogatories that was sent out on June 12, 2023, per the scheduling order. Our office sent two good faith letters in reference to the outstanding Plaintiff's discovery demands on July 27, 2023, and August 3, 2023. To date, the defense counsel has not responded.

    The scheduling order designated the date of September 25, 2023, as the day for completion of the depositions. At this time, we need the requested materials to properly designate the witnesses to be deposed.

    Please advise whether Your Honor needs anything else in regards to the above request.

Respectfully yours,

_____
David Giaro, Esq.

CC: FISHMAN McINTYRE LEVINE SAMANSKY P.C.
       Via ECF

SoboLaw.com